■ In the Matter of the Arbitration between YONKERS PUBLIC LIBRARY, Respondent, and LANDOLFE ELECTRICAL CORPORATION, Appellant.— Order of the

Supreme Court, Westchester County, dated January 8, 1966, reversed, without costs; application denied and parties directed to proceed with the arbitration on written notice to be served. In our opinion, counsel for petitioner effectively waived petitioner's right to move to stay arbitration by participating in the arbitration proceeding without moving for a stay (*Matter of National Cash Register Co.* [*Wilson*], 8 N Y 2d 377; CPLR 7503, subd. [b]). Beldock, P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.